# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**     Case No. 2:14-CR-256
     JUDGE EDMUND A. SARGUS, JR.

  v.

**JOHN DOE,**
    aka "PLEBE",

      **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment and Warrant against Defendant John Doe aka "Plebe". (ECF No. 96.) The Government has been unable to locate the defendant and believes the defendant fled to Mexico.

The Motion to Dismiss the Indictment and Warrant is **GRANTED** and this case is now **DISMISSED without prejudice.**

IT IS SO ORDERED.


**5/31/2023**     s/Edmund A. Sargus, Jr.
**DATED**     **EDMUND A. SARGUS, JR.**
     **UNITED STATES DISTRICT JUDGE**